UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

DR. WILLIAM STEVENS,

    Plaintiff,

v.

BOARD OF TRUSTEES OF SOUTHERN
ILLINOIS UNIVERSITY, et al,

    Defendants.                  No. 11-cv-126-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on a jury trial that was completed on February 7, 2014.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the jury verdict rendered on February 7, 2014, judgment is entered in favor of defendant and against plaintiff as to the ADA claim and in favor of defendants and against plaintiff as to the FMLA claims.

                              NANCY J. ROSENSTENGEL,
                              CLERK OF COURT

                              BY:    /s/*Sara Jennings*
                                          Deputy Clerk

Dated: February 7, 2014

Digitally signed by David R. Herndon
Date: 2014.02.07 16:28:21 -06'00'

**APPROVED:**
    CHIEF JUDGE
    U. S. DISTRICT COURT